UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RENE FRANCISCO ROJAS-CARRILLO
(A-Number: 220-617-400),

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-03211-KES-SAB (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS, AND REQUIRING BOND
HEARING WITHIN TEN (10) DAYS

Doc. 1

Petitioner Rene Francisco Rojas-Carillo is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition.  Doc. 11.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On June 30, 2026, respondents filed a one sentence objection, objecting "for the reasons set forth in their previous pleadings."  Doc. 12.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1.  The findings and recommendations, Doc. 11, are ADOPTED in full.

2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3.  Respondents are ORDERED to provide petitioner Rene Francisco Rojas-Carillo (A-Number: 220-617-400) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within ten (10) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing.  If respondents do not provide petitioner with a bond hearing within ten days, respondents must release him.

4.  Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

5.  The Clerk of Court is directed to close this case and enter judgment for petitioner.

6.  The Clerk is directed to terminate any remaining motions as moot.

7.  The Clerk is directed to serve Golden State Annex with a copy of this Order.

IT IS SO ORDERED.

Dated:    July 1, 2026    

_____
UNITED STATES DISTRICT JUDGE

2